

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00942-CV

**IN RE GEOFFREY P. COLACINO, ET AL.**, Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: November 1, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On October 20, 2023, relators filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2023-CI-21615, styled, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.